IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO WOODS, | ) | No. C 11-4532 LHK (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN RICK HILL, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On September 12, 2011, Petitioner, a state prisoner proceeding *pro se*, filed a federal petition for writ of habeas corpus. The same day, the Clerk notified Petitioner that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). Along with the deficiency notice, Petitioner was provided with a new IFP application, and instructions for completing it. Petitioner was cautioned that his failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action.

On October 4, 2011, Petitioner filed an application to proceed IFP, however, it was incomplete. On October 31, 2011, the Clerk sent a second notice of deficiency. The Clerk notified Petitioner that his application was incomplete because he failed to submit a Certificate of Funds and/or a copy of his prisoner trust account statement showing the transactions for the previous six months. Petitioner was cautioned that his failure to comply with this second notice would result in the dismissal of his case.

On November 30, 2011, Petitioner filed another motion for leave to proceed IFP. However, his application to proceed IFP remains incomplete because he again failed to submit a Certificate of Funds and/or a copy of his prisoner trust account statement showing the

Order of Dismissal
P:\pro-se\sj.lhk\hc.11\Woods532disifp

1  transactions for the previous six months.  Accordingly, the instant action is DISMISSED without
2  prejudice to Petitioner filing a new action in which he either pays the filing fee or files a
3  completed IFP application.  The Clerk shall enter judgment and close the file.
4      IT IS SO ORDERED.
5  DATED: 12/20/11

                                        LUCY H. KOH
                                        United States District Judge