IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO WOODS, | ) | No. C 11-4532 LHK (PR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN RICK HILL, | ) ) | |
| Respondent. | ) ) | |

    The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 12/20/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\pro-se\sj.lhk\hc.11\Woods532jud